# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALLERGAN, INC. and DUKE UNIVERSITY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>　　　　　Defendants. | Case No. 1:10-CV-681 |
| ALLERGAN, INC. and DUKE UNIVERSITY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>　　　　　Defendants. | Case No. 1:11-CV-298 |

## DEFENDANTS APOTEX INC., APOTEX CORP., AND SANDOZ INC.'S RESPONSE TO HI-TECH'S MOTION TO CONSOLIDATE

Defendants Apotex Inc., Apotex Corp., and Sandoz Inc. ("Defendants"), by and through counsel, respectfully submit this response to the motion to consolidate filed by Third Party Hi-Tech Pharmacal Co., Inc. ("Hi-Tech") on December 14, 2011 (Dkt. #43 of the 11-298 action).

Defendants do not oppose Hi-Tech's motion to consolidate. Defendants request for the sake of convenience, however, that the schedule that Plaintiffs, Apotex, and Sandoz requested on December 19, 2011 (Dkt. #48 of the 11-298 action) apply to Hi-

Tech as well, rather than have two different schedules that vary by only a few days. Defendants also request modification of the provisions for depositions to streamline the deposition scheduling. Defendants have conferred with Hi-Tech and Hi-Tech has agreed to the relief requested by this response.

Specifically, Defendants request that Apotex, Sandoz, and Hi-Tech be allowed a total of fifteen depositions with an additional two hours per deposition (for a total of nine hours per deposition) in light of Hi-Tech's consolidation. The Rule 26(f) report that governs the 10-681 and 11-298 actions (Dkt. #28 of the 10-681 action) granted Apotex Inc. and Apotex Corp. ten depositions, but was silent as to time.

Now that the Apotex case has been consolidated with the Sandoz case, and in light of Hi-Tech's likely addition to this case, Defendants will need additional depositions, as well as additional time for each deponent. Granting Defendants additional depositions and additional time per deposition would not delay this case nor would it prejudice Plaintiffs. As background, Apotex agreed to ten depositions in the initial Rule 26(f) report, in which Sandoz did not participate. Subsequently, Plaintiffs produced over two million pages of documents, and concede that they will produce more. In addition, in recent Rule 26(a)(1) supplemental initial disclosures, Plaintiffs identified a sixth key individual who they believe has significant information to the case.

Defendants have already noticed depositions for the five inventors and for a 30(b)(6) witness, leaving only four remaining depositions under the original schedule. Plaintiffs' newly identified witness likely will be deposed. Five additional depositions

2

provide a reasonable mechanism for Defendants to obtain necessary discovery without further intervention by the Court.

Defendants' proposition is more reasonable than Plaintiffs'. Rather than consolidate discovery with Hi-Tech and avoid the inevitable inconsistencies in having two discovery schedules, Plaintiffs propose giving Hi-Tech ten depositions in addition to Defendants' ten, for a total of 140 hours under the Federal Rules of Civil Procedure. Conversely, Defendants' proposal of a combined fifteen depositions for up to nine hours each results in only 135 hours, and is consistent with the nine hours per deposition that Plaintiffs proposed in their response to Hi-Tech's motion to consolidate. (*See* Dkt. # 49, p. 7 of the 11-298 action).

By agreeing to take joint depositions, the Defendants have worked to minimize any burden on Plaintiffs' witnesses; Defendants should not be punished for their efforts. Plaintiffs, on the other hand, propose a separate schedule that would complicate discovery. In short, two discovery orders will lead to problems that will take additional resources of the parties and the Court to resolve.

For the foregoing reasons, Defendants respectfully request that should the Court grant Hi-Tech's motion to consolidate, the Court (1) apply a single schedule requested by Plaintiffs, Apotex, and Sandoz in their motion for an extension of the discovery schedule, and (2) grant Apotex, Sandoz, and Hi-Tech an additional five depositions and an additional two hours per deposition. As noted above, Defendants have conferred with Hi-Tech and Hi-Tech has agreed to the relief requested by this response.

3

Respectfully submitted, this 6th day of January, 2012.

/s/ F. Hill Allen

F. Hill Allen
N.C. State Bar No. 18884
THARRINGTON SMITH, LLP
209 Fayetteville Street
P.O. Box 1151
Raleigh, North Carolina 27602
Telephone:  919-821-4711
Email: hallen@tharringtonsmith.com

Thomas J. Filarski
Meredith Martin Addy
Brandon C. Helms
STEPTOE & JOHNSON LLP
115 S. LaSalle St.
Suite 3100
Chicago, Illinois 60603
Telephone:  312-577-1300
Email:  tfilarski@steptoe.com
          maddy@steptoe.com
          bhelms@steptoe.com

*Attorneys for Defendant*,
SANDOZ INC.

/s/ Darrell A. Fruth

Darrell A. Fruth
N.C. State Bar No. 33418
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, L.L.P.
2000 Renaissance Plaza
230 North Elm Street (27401)
P.O. Box 26000
Greensboro, NC 27420-6000
Telephone: (336) 373-8850
Email: dfruth@brookspierce.com

4

William A. Rakoczy
Paul J. Molino
Shira J. Kapplin
Neil A. Benchell
RAKOCZY MOLINO
MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60654
(312) 222.6301 (telephone)
(312) 222.6321 (facsimile)

*Attorneys for Defendants Apotex Inc. and
Apotex Corp.*

5

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this 6th day of January, 2012 filed the foregoing

DEFENDANTS APOTEX INC., APOTEX CORP., AND SANDOZ INC.'S RESPONSE

TO HI-TECH'S MOTION TO CONSOLIDATE with the Clerk of the Court in Case nos.

1:10-CV-68, 1:11-CV-298, and 1:11-CV-650 using the CM/ECF system, which will send

notification of such filing to all parties through their counsel of record, including the

following:

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS ALLERGAN, INC. and DUKE UNIVERSITY | ATTORNEYS FOR DEFENDANT APOTEX, INC. and APOTEX CORP |
| | Darrell A. Fruth |
| Bryan G. Scott | BROOKS, PIERCE, MCLENDON, |
| N.C. State Bar No. 32920 | HUMPHREY & LEONARD, L.L.P. |
| SPILMAN THOMAS & BATTLE, PLLC | P.O. Box 26000 |
| 110 Oakwood Drive, Suite 500 | Greensboro, NC27420 |
| Winston-Salem, NC27103 | Telephone: (336) 373-8850 |
| Telephone: (336) 725-4710 | Email: dfruth@brookspierce.com |
| E-mail: bscott@spilmanlaw.com | |
| | |
| Juanita R. Brooks | Jim W. Phillips, Jr. |
| Roger A. Denning | BROOKS, PIERCE, MCLENDON, |
| Craig Countryman | HUMPHREY & LEONARD, L.L.P. |
| FISH & RICHARDSON, P.C. | P.O. Box 26000 |
| 12390 El Camino Real | Greensboro, NC27420 |
| San Diego, CA92130 | Telephone: (336) 373-8850 |
| Telephone: (858) 678-5070 | Email: jphillips@brookspierce.com |
| Email: brooks@fr.com | |
| Email: denning@fr.com | William A. Rakoczy |
| Email: countryman@fr.com | Heinz J. Salmen |
| | Paul J. Molino |
| Jonathan E. Singer | Tara M. Raghavan |
| Deanna J. Reichel | Shira J. Kapplin |
| Elizabeth M. Flagangan | Neil A. Benchell |
| FISH & RICHARDSON, P.C. | RAKOCZY MOLINO MAZZOCHI |
| 60 South Sixth St., #3200 | SIWIK LLP |
| Minneapolis, MN55402 | 6 West Hubbard Street, Suite 500 |

6

Telephone: (612) 335-5070
Email: singer@fr.com
Email: reichel@fr.com
Email: eflanagan@fr.com

Doug McCann
A. Martina Tyreus Hufnal
Robert Oakes
FISH & RICHARDSON, P.C.
222 Delaware Avenue
17th Floor
Wilmington, NC19801
Telephone: (302) 652-5070
Email: dmccann@fr.com
Email: tyreus@fr.com
Email: oakes@fr.com

Jeffrey T. Thomas
GIBSON DUNN & CRUTCHER
3161 Michelson Drive
Irvine, CA92612
Telephone: (949) 451-3800
Email: jtthomas@gibsondunn.com

Chicago, IL60654
Telephone:  (312) 527-2157
Email:  wrakoczy@rmmslegal.com
Email:  hsalmen@rmmslegal.com
Email:  paul@rmmslegal.com
Email:  traghavan@rmmslegal.com
Email:  skapplin@rmmslegal.com
Email:  nbenchell@rmmslegal.com


ATTORNEYS FOR DEFENDANT
HI-TECH PHARMACAL CO, INC.

Lyn K. Broom
TEAGUE ROTENSTREICH
STANALAND FOX & HOLT, P.L.L.C.
101 S. Elm Street, Suite 350 (27401)
P.O. Box 1898
Greensboro, NC 27402-1898
Telephone: (336) 272-4810
E-mail: lkb@trslaw.com

Steven Roth
N.Y. Registration No. 2401230
Associate General Counsel
Hi-Tech Pharmacal Co., Inc.
369 Bayview Avenue
Amityville NY 11701
Telephone: (631) 789-8228 x4199
E-mail: sroth@hitechpharm.com


/s/ F. Hill Allen_____
F. Hill Allen
N.C. State Bar No. 18884
THARRINGTON SMITH, LLP
209 Fayetteville Street
P.O. Box 1151
Raleigh, North Carolina27602
Telephone:  919-821-4711
Email: hallen@tharringtonsmith.com

7