IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


| | | |
|---|---|---|
| ALLERGAN, INC., and<br>DUKE UNIVERSITY,<br><br>       Plaintiffs,<br><br>  v.<br><br>APOTEX, INC., and<br>APOTEX CORP.,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | 1:10CV681 |
| ALLERGAN, INC., and<br>DUKE UNIVERSITY,<br><br>       Plaintiffs,<br><br>  v.<br><br>SANDOZ, INC.,<br><br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) | 1:11CV298 |
| ALLERGAN, INC., and<br>DUKE UNIVERSITY,<br><br>       Plaintiffs,<br><br>  v.<br><br>HI-TECH PHARMACAL CO., INC.,<br><br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) | 1:11CV650 |

**CONSENT ORDER CONSOLIDATING CASE NUMBERS
1:10CV681, 1:11CV298 AND 1:11CV650**

The Court has considered Hi-Tech Pharmacal Co., Inc.'s Motion to Consolidate Case Nos. 1:10CV681, 1:11CV298 (Apotex/Sandoz case) and 1:11CV650 (Hi-Tech case) pursuant to Fed. R. Civ. P. 42(a).

(Docket Entry 28 in 1:11CV650.) All parties consent to the consolidation of the Hi-Tech case with the previously-consolidated Apotex/Sandoz case for all purposes including trial. For the reasons detailed in briefing (Docket Entries 29, 35, and 38 in 1:11CV650; see also Docket Entry 37; Docket Entry 55, 1:10CV681), and with the consent of all parties, the Court finds that the Apotex/Sandoz and Hi-Tech cases involve common questions of law and fact relating to the claims of infringement and validity of the '404 patent, the '029 patent, the '649 patent; that the consolidation will promote judicial economy and efficiency and will not prejudice any party. The Court in its discretion therefore concludes that Hi-Tech's Motion should be granted.

**IT IS THEREFORE ORDERED** that:

1. Hi-Tech's Motion to Consolidate Case Nos. 1:10CV681, 1:11CV298 and 1:11CV650 is **GRANTED**, and the Apotex/Sandoz and Hi-Tech cases are hereby consolidated for all purposes through trial;

2. Allergan, Inc. and Duke University v. Apotex, Inc. and Apotex Corp., Case No. 1:10CV681, is hereby designated as the Lead Case and all parties are hereby ordered to file all subsequent filings in Case No. 1:10CV681 only; and

3. The Stipulated Protective Order Governing Confidentiality (Docket Entry 51 in 1:10CV681) previously entered on December 15,

2011, remains in effect and is applicable to all parties in this consolidated action with the addition of the following designated in-house attorneys/lawyers in paragraph 5(a)(xi) for Hi-Tech: Steven Roth.

                              /s/ L. Patrick Auld
                                  **L. Patrick Auld**
                          **United States Magistrate Judge**

Date: April 4, 2012

CONSENTED TO:

Bryan G. Scott
N.C. State Bar No. 32920
Jeffrey Dean Patton
N.C. State Bar No. 21246
Attorneys for Plaintiffs
SPILMAN THOMAS & BATTLE, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
Telephone: (336) 725-4710
E-mail: bscott@spilmanlaw.com ; jpatton@spilmanlaw.com

Douglas E. McCann
Robert M. Oakes
A. Martina Hufnal
Attorneys for Plaintiffs
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Email: dmccann@fr.com ; oakes@fr.com; tyreus@fr.com

Jonathan E. Singer
Elizabeth M. Flanagan
Deanna J. Reichel
Attorneys for Plaintiffs
Fish & Richardson, P.C.
60 S. 6th Street, Suite 3200
Minneapolis, MN  55402
e-mail: eflanagan@fr.com; reichel@fr.com; singer@fr.com

Michael A. Siem
Attorney for Plaintiffs
Fish & Richardson, P.C.
601 Lexington Ave, 52nd Floor
New York, NY  10022
Telephone:  212-765-5070
Fax:  212-258-2291
e-mail: siem@fr.com

Juanita R. Brooks
Roger A. Denning
Attorneys for Plaintiffs
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  858-678-4377
Fax:  858-678-5099
e-mail: brooks@fr.com; denning@fr.com

Jeffrey T. Thomas
Gibson, Dunn & Crutcher, LLP
Attorney for Plaintiffs
3161 Michelson Dr.
Irvine, CA  92612-4412
Telephone:  949-451-3967
Fax:  949-475-4670
e-mail:  jtthomas@gibsondunn.com

Lyn K. Broom
N.C. State Bar No. 17674
Attorney for Defendant Hi-Tech Pharmacal Co., Inc.
TEAGUE ROTENSTREICH STANALAND FOX & HOLT, P.L.L.C.
101 S. Elm Street, Suite 350 (27401)
Greensboro, NC 27402-1898
Telephone: (336) 272-4810
E-mail: lkb@trslaw.com

Steven Roth
N.Y. Registration No. 2401230
Attorney for Defendant Hi-Tech Pharmacal Co., Inc.
Associate General Counsel
Hi-Tech Pharmacal Co., Inc.
369 Bayview Avenue
Amityville NY 11701
Phone:  (631) 789-8228 x4199
Fax: (631) 881-9216
E-mail: sroth@hitechpharm.com

F. Hill Allen, IV
NC State Bar No. 18884
Attorney for Defendant Sandoz, Inc.
Tharrington Smith
P.O. Box 1151
Raleigh, NC  27602-1151
Telephone:  919-821-4711
Fax:  919-829-1583

-5-

e-mail: hallen@tharringtonsmith.com

Thomas J. Filarski
IL State Bar No. 6194031
Meredith Martin Addy
IL State Bar No. 6216492
Brandon C. Helms
IL State Bar No. 6294316
Thomas A. Rammer
IL State Bar No. 6297479
Attorneys for Defendant Sandoz, Inc.
Steptoe & Johnson, LLP
115 S. Lasalle St., Suite 3100
Chicago, IL  60603
Telephone:  312-577-1300
Fax:  312-577-1370
e-mail: maddy@steptoe.com; tfilarski@steptoe.com; bhelms@steptoe.com; trammer@steptoe.com


Jim W. Phillips, Jr.
N. C. State Bar No. 12516
Darrell A. Fruth
N.C. State Bar No. 33418
Attorneys for Defendants Apotex Inc. and Apotex Corp.
Brooks Pierce McLendon Humphrey & Leonard
P.O. Box 26000
Greensboro, North Carolina  27420-6000
Telephone:  336-373-8850
Fax:  336-378-1001
e-mail:  dfruth@brookspierce.com; jphillips@brookspierce.com

Paul A. Molino
William A. Rakoczy
Shira J. Kapplin
Neil A. Benchell
Rakoczy Molino Mazzochisiwik, LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60654
Telephone:  312-527-2157
Fax:  312-527-4205
e-mail: paul@rmmslegal.com; wrakoczy@rmmslegal.com; skapplin@rmmslegal.com; nbenchell@rmmslegal.com

-6-