# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF ENTRY OF
## JUDGMENT ACCOMPANIED BY OPINION

OPINION FILED AND JUDGMENT ENTERED: 06/10/2014

The attached opinion announcing the judgment of the court in your case was filed and judgment was entered on the date indicated above. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

No costs were taxed in this appeal.

Regarding exhibits and visual aids: Your attention is directed Fed. R. App. P. 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Meredith Martin Addy
Andrew M. Alul
Robyn Ast-Gmoser
Juanita Rose Brooks
Harven Victor DeShield
Mark Thomas Deming
Thomas J. Filarski
Darrell A. Fruth
Brandon Cary Helms
Gary Edward Hood
Deanne M. Mazzochi
Larry Stephen McDevitt
Paul J. Molino
William A. Rakoczy
Deanna Jean Reichel
Steven D. Roth
Luke Timothy Shannon
Jonathan Elliot Singer
Jeffrey T. Thomas
Thomas J. Vetter

13-1245 - Allergan, Inc. v. Apotex Inc.
United States District Court for the Middle District of North Carolina, Case No. 10-CV-0681, 11-CV-0298, 11-CV-0650